IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. LEWIS, et al.,<br>      Plaintiffs,<br><br>     v.<br><br>THE CITY OF PHILADELPHIA, et al.,<br>      Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 13-2547 |

**O R D E R**

AND NOW, this 8th day of April 2014, having considered the City of Philadelphia's Motion for Summary Judgment, filed on January 31, 2014 (ECF 16), and Plaintiffs' Response in Opposition thereto, filed on February 12, 2014 (ECF 17), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\Caitlin\Civil\13-2547 (Lewis)\2014.4.7 MSJ Order.docx