IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES A. LEWIS, et al. | CIVIL ACTION |
|---|---|
| v. | NO. 13-2547 |
| CITY OF PHILADELPHIA, et al. | |

## JUDGMENT

**AND NOW**, this 13th day of November, 2014, judgment is entered in **FAVOR** of defendants City of Philadelphia, Lieutenant Jonathan Josey, Police Officer Curt McKee, Police Officer Timothy Coleman and Police Officer Timothy Murphy and **AGAINST** all plaintiffs.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2547 lewis v. cty phila\13cv2547.111314.judgment.doc