**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES A. LEWIS, et al.**<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 13-2547** |

## ORDER

      **AND NOW, TO WIT:** This  24th  day of February, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                             **MICHAEL E. KUNZ**, Clerk of Court

                             /s/ Lori K. DiSanti
       **BY:** _____
                             Lori K. DiSanti
                             Deputy Clerk

cc:     Christopher D. Warren, Esq. (christopherduffwarren@hotmail.com)
         Anthony J. Petrone, Esquire (apetrone@petronelegal.com)
         Dennis J. Cogan, Esquire (cogan2128@aol.com)
         Niya L. Blackwell, Esquire (niya.blackwell@phila.gov)
         Mark Maguire, Esquire (mark.maguire@phila.gov)
         Jonathan Cooper, Esquire (jonathan.cooper@phila.gov)

O:\CIVIL 13\13-2547 LEWIS V. CTY PHILA\13CV2547 41B ORDER - 02242016.DOCX